IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Tomas Enriquez, Plaintiff<br>v.<br>Paoletti Cleaners Corporation (d/b/a Paoletti's Cleaners) and Alfred J. Paoletti, individually,<br>Defendants | Case No. 1:17-cv-2256<br>Judge: Hon. Virginia M. Kendall |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Saturday, March 17, 2018.

/s/ Valentin T. Narvaez
Plaintiff's Counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646

/s/ Mark Robert Sargis
Defendants' Counsel
Bellande & Sargis Law Group, LLP
200 W. Madison St., #2140
Chicago, IL 60606